IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Alicia D. Boerin-Block, | ) | |
| | ) | C/A No. 8:12-110-TMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION & ORDER** |
| | ) | |
| | ) | |
| Carol Hamlet, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983 on January 10, 2012. On January 17, 2012, the Magistrate Judge filed a Report and Recommendation ("Report") in which he recommended that this case be dismissed without prejudice and without service of process due to lack of subject matter jurisdiction. (Dkt. # 10). The Magistrate Judge provided Plaintiff a notice advising her of her right to file objections to the Report. (Dkt. # 10 at 6). Plaintiff had until February 3, 2012, to file objections, however, no objections were filed. On February 9, 2012, the court adopted the Magistrate's Report and dismissed this action without prejudice and without issuance of service.

On February 14, 2012, Plaintiff filed a Motion for Reconsideration. (Dkt. # 17). In her motion, Plaintiff states that two crimes have been committed and are being overlooked. The court understands the importance of the alleged situation to the Plaintiff. However, as the Magistrate Judge noted in his Report, there simply are no allegations in the Complaint which would support federal jurisdiction. To establish a claim under § 1983, a plaintiff must prove two elements: (1) that the defendant "deprived [him] of a right secured by the Constitution and laws of the United States" and (2) that the defendant "deprived [him] of this constitutional right under color of [State]

statute, ordinance, regulation, custom, or usage." *Mentavlos v. Anderson*, 249 F.3d 301, 310 (4th Cir. 2001) (citation and internal quotation marks omitted). Reviewng the allegations in the complaint, the private conduct alleged by the Plaintiff is not actionable under § 1983. Further, while the Plaintiff may potentially have alleged some state law claims, there is no basis for diversity jurisdiction alleged in the complaint which would allow her to bring those claims in federal court.

After carefully considering Plaintiff's latest filing, the court has determined that its initial decision that the action should be dismissed without prejudice and without service of process was correct. Accordingly, Plaintiff's Motion to Reconsider (Dkt. # 17) is **DENIED**.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

February 15, 2012
Greenville, South Carolina

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.